# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 13-CV-7349-JGB | Date | April 2, 2014 |
|---|---|---|---|

Title  *In re: Robert J. Hargrove*

---

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order and Judgment DISMISSING Bankruptcy Appeal without prejudice (IN CHAMBERS)

On October 3, 2013, Appellant Robert Hargrove ("Appellant") filed a Notice of Appeal of the Bankruptcy Court's Order in an adversary proceeding against the United States Trustee. (Doc. No. 2.) A Notice Regarding Appeal From Bankruptcy Court was issued on October 3, 2013. (Doc. No. 1.) The Notice stated that within *fourteen days* after filing the notice of appeal, an appellant must file: a designation of record, a statement of issues on appeal, and a notice regarding the ordering of transcripts. (Id.) It appears that Appellant has not satisfied these requirements, as the Clerk of the Bankruptcy Court has not sent a Certificate of Readiness.

On March 13, 2014, the Court issued an order to show cause by March 31, 2014, as why his appeal should not be dismissed for failure to prosecute and for failure to abide by the Court's order. As of the date of this order, Appellant has not responded to the order to show cause, nor does it appear he has filed any of the required documents.

Accordingly, the Court DISMISSES Appellant's appeal of a decision by the Bankruptcy Court without prejudice.

**IT IS SO ORDERED.**